UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00071 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE FOOTE |
| | * | |
| TEMEKA BRADLEY | * | MAGISTRATE JUDGE HILL |

UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph (I)(a)(2) of the Criminal Pretrial Discovery Order, including sub-paragraphs (A) and (B).

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney

By:   s/ Joseph T. Mickel
JOSEPH T. MICKEL, ID # 9285
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone:  337.262.6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00071 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE FOOTE |
| | * | |
| TEMEKA BRADLEY | * | MAGISTRATE JUDGE HILL |

## C E R T I F I C A T E

I hereby certify that on May 8, 2012, a copy of the foregoing Government's Request for Discovery was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Mr. John Christopher Alexander


By:  s/Joseph T. Mickel
JOSEPH T. MICKEL, ID # 9285
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: 337.262.6618