**MINUTE ENTRY**
**May 24, 2012**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 24 2012

TONY R. MOORE, CLERK
BY _____
           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 12-71 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| TAMEKA BRADLEY | MAGISTRATE JUDGE HILL |

In the above-captioned matter, the Court hereby **SETS** the pretrial conference for **June 1, 2012** at **1:30 p.m.** via telephone. All counsel must participate. Counsel for the government will initiate the conference call to chambers at **(318) 934-4780**. The use of cell phones is prohibited.

IT IS SO ORDERED.

