UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-CR-00071** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE FOOTE** |
| **TEMEKA BRADLEY** | * | **MAGISTRATE JUDGE HILL** |

### JOINT STATUS REPORT

A status conference was held this date at the direction of the Court. The following appearances were made:

| **NAME** (PLEASE PRINT) | **PARTY REPRESENTED** |
|---|---|
| AUSA Joseph T. Mickel | United States of America |
| John Christopher Alexander, Sr. | Defendant |

Trial is set for June 18, 2012.

**THE FOLLOWING QUESTIONS WERE ADDRESSED:**

(1) Will a hearing outside the presence of the jury be required on Rule 404(b) evidence either as to its relevance or as to its probative vs. prejudicial value? *See*, United States v. Beechum, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert. denied,* 440 U.S. 920 and Huddleston v. United States, 485 U.S. 681 (1988).   **No.**

(2) Is there any issue involving voluntariness of statements under 18 U.S.C. § 3501?  **No.**

(3) Are there any admissibility questions requiring evidentiary presentation? **Government - No     Defense - No**

(4) Time required by each side to present its case in chief:

**Government: Approximately 3 days**

**Defense: Approximately 1 day**

(5) The parties agreed to waive challenges to the foundation of the following documents: **Bank records, electronic funds transfer records, and defendant's tax returns.**

(6) Order of presentation by multiple defendants: **Not applicable.**

(7) Pending discovery problems: **None.**

(8) Jencks Act material will be provided to defendant(s): **Friday before trial if not already turned over.**

(9) Other:   **The parties are in the process of negotiating a plea agreement.  Because the case involves a large number of documents, the parties may need additional time to complete the plea negotiation process.  If the parties are not able to complete the plea negotiation process before the pretrial conference, they expect to jointly move for a continuance of the present trial date to complete plea negotiations.**

APPROVED AS TO FORM AND SUBSTANCE this 25th day of May, 2012.

SIGNATURES:

/s/Joseph T. Mickel
JOSEPH T. MICKEL (Bar No. 9285)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618


/s/ John Christopher Alexander, Sr.
JOHN CHRISTOPHER ALEXANDER, SR.
3751 Government Street, Suite A
Baton Rouge, LA 70806
(225) 761-9456
Counsel for Defendant


**NOTE:**    Original to be filed with Clerk.  Copy to be delivered to Judge Foote's Chambers, 800 Lafayette Street, Suite 4900, Lafayette, Louisiana.