UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          CASE NO.   6:12-CR-00071-1
vs.                                    JUDGE FOOTE
**TEMEKA BRADLEY**                     MAGISTRATE JUDGE HILL

___

MINUTES OF COURT

___

Date:   7/6/2012                       Presiding: Magistrate. Judge Hill
Court Opened: 1:30 p.m.                Courtroom Deputy: Molly Davenport
Court Adjourned: 2:25 p.m.             Court reporter: Cathleen Marquardt
**Statistical Time: 00:55**

___

**APPEARANCES:**
Joseph Mickel, AUSA for government
Temeka Bradley, defendant                 X  Defendant is currently on bond
John Christopher Alexander, retained for the defendant

___

 X    Case called for a report and recommendation plea
      X  Indictment reading waived
      X  Plea of guilty to count(s): 2 of the Indictment
      X  Defendant under oath
      X  Defendant advised of Rule 11 rights
      X  Presentence report ordered
      X  Sentencing set for **November 2, 2012 at 11:30 a.m. before U.S. District Judge Foote** in
         Lafayette, Louisiana
**FILINGS:**
      X  Affidavit of Understanding of Maximum Penalty and Rights
      X  Plea Agreement
      X  Elements of Offense, Venue, and Factual Stipulations
      X  Consent to Plead Before U.S. Magistrate Judge in a Felony Case

___

**COMMENTS:**

   The Court finds the defendant competent to plead guilty.

   Accordingly, the Court, hereby enters, on the record of this Court, its report and recommendation to Judge Elizabeth Foote, recommencing that the Judge Foote enter a judgment of guilty to Count 2 of the indictment.  The Court further orders the Court Reporter to file the transcript into the record and to notify the Clerk's office when filed.  The Clerk's office is ordered to notify counsel. The deadline for filing objections to the Report and Recommendation will be fourteen (14) days starting from the filing of the transcript.

   IT IS ORDERED that the previous Order of Conditions of Release and Appearance Bond remain in effect.

___
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE