U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 29 2012

TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   6:12-CR-00071 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| TEMEKA BRADLEY | * | MAGISTRATE JUDGE HILL |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Tameka Bradley, and adjudges her guilty of the offenses charged in **Count Two** of the indictment against her.

THUS DONE AND SIGNED in chambers, this 29th day of August 2012 in Shreveport, Louisiana.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE