UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-00071-01 |
| v. | JUDGE ELIZABETH FOOTE |
| TEMEKA BRADLEY | MAGISTRATE JUDGE HILL |

**PRESENT**:
HON.  ELIZABETH E. FOOTE   JUDGE
       LaRae Bourque          COURT REPORTER
       Kathy Keifer           COURTROOM DEPUTY

DATE: December 18, 2012
COURT OPENED: 11:05 a.m.
COURT CLOSED: 11:20 a.m.
TIME IN COURT: 00:15

## MINUTES OF COURT - SENTENCING (non-evidentiary)

__X__ Defendant present
____ Defendant in custody
__X__ Defendant on bond
____ Personal Recognizance Bond
____ Bond not made, remanded to custody
____ Failed to appear, warrant ordered
____ Appearance Bond signed (AO 98)
____ Agent testified

DEFENDANT: **TEMEKA BRADLEY**

GOVERNMENT COUNSEL: Joseph Mickel

DEFENSE COUNSEL: John Christopher Alexander, Sr.

( ) PUBLIC DEFENDER     ( X ) RETAINED     ( ) CJA     ( ) WAIVED

__X__ CASE CALLED FOR SENTENCING

__X__ Defendant and counsel advised the Court that they have read the Presentence Report
____ Objections by Defendant to Presentence Report addressed and ruled on accordingly
__X__ Defendant advised of right to appeal

**COMMENTS:**

Pursuant to the Sentencing Reform Act of 1984, the defendant is hereby placed on supervised probation for a period of five (5) years as to Count 2. Additionally, the defendant shall participate in an electronic monitoring program for 8 months.

Restitution is ordered in the amount of $50,299.00 to the victim, Internal Revenue Service, as reflected in the Judgment. The interest and penalty requirement on the restitution is waived.

No fine is ordered. The defendant shall immediately pay the special assessment of $100.00 to the U.S. Clerk of Court, if not already paid.

The remaining count of the indictment, Count 1, is dismissed.

It is the recommendation of the Court that the defendant's passport be returned to her.

The defendant shall report immediately to the U. S. Probation Office to begin her service of sentence.

The defendant is notified of her right to appeal.  If a notice of appeal is filed under 18 U.S.C. §3742, for a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.